UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA　　　:　　Crim. No.: 20-1028

v.　　　　　　　　:

PURDUE PHARMA L.P.　　　　:　　NOTICE OF APPEARANCE


PLEASE TAKE NOTICE that ROBERT L. TOLL (Robert.Toll@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.


TODD BLANCHE
U.S. Deptuy Attorney General

PHILIP LAMPARELLO
Senior Counsel

_/s/ Robert L. Toll_
By:  ROBERT L. TOLL
Assistant United States Attorney


Dated: February 17, 2026