# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK                                                    **Date:** 4/8/26

**JUDGE: MADELINE COX ARLEO**

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                              **Docket No.** 20-cr-1028(MCA)

U.S.A. v. PURDUE PHARMA L.P.

**Appearances:**

David Walk AUSA, for the Government
Robert Toll AUSA, for the Government
Maryann McGuire AUSA, for the Government
John D. Adams, Esq., for defendant PURDUE PHARMA L.P.
Elissa Baur, Esq., for defendant PURDUE PHARMA L.P.
Eli Vonnegut, Esq., for defendant PURDUE PHARMA L.P.
William Ridgway, Esq., for defendant PURDUE PHARMA L.P.
Maya Florence, Esq., for defendant PURDUE PHARMA L.P.
Jennifer Bragg, Esq., for defendant PURDUE PHARMA L.P.
Jeffrey S. Bucholtz, Esq., for defendant PURDUE PHARMA L.P.
Anthony De Leo, Esq., official committee of unsecured creditors of Purdue
Arik Preis, Esq., official committee of unsecured creditors of Purdue

**Nature of proceedings**: STATUS CONFERENCE

Status conference held on the record via teams.
Proposed text order to be submitted to the Court today.
Letters to be submitted by 4/16/26 at 5 p.m.
Sentence will proceed via teams on 4/21/26 at 2 p.m.

Time Commenced 11:05 a.m.
Time Adjourned 12:15 p.m.

*Amy Andersonn*
Deputy Clerk