UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :

     :

     v.      :      Criminal No. 20-1028 (MCA)

     :

PURDUE PHARMA L.P.      :

**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES**

Please be advised that, on this date, the United States submitted sentencing

materials to the Court in this case concerning the defendant.

> ROBERT FRAZER
> U.S. Attorney
> /s/ R. David Walk, Jr.
> R. DAVID WALK, JR.
> JORDAN M. ANGER
> ROBERT L. TOLL
> Assistant U.S. Attorneys
> U.S. Attorney's Office
> District of New Jersey
>
> JONATHAN A. OPHARDT
> First Assistant U.S. Attorney
> EUGENIA A. P. COWLES
> Assistant U.S. Attorney
> U.S. Attorney's Office
> District of Vermont
>
> LORINDA I. LARYEA
> Chief, Fraud Section
> Criminal Division
> MARYANN N. MCGUIRE
> MARNEE RAND
> Trial Attorneys
> Fraud Section

Date:  April 13, 2026

1