**UNITED STATES  v. PURDUE PHARMA L.P.**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
2026 APR 21  P 12: 45

To: Mr. Robert Frazer, Attorney for United States
   United States Department of Justice
   970 Broad Street, 7th Floor
   Newark, NJ 07102

April 21, 2026

**Ronald Bass, Sr. "Victim Impact Statement"**
Court Docket No.: Cr. 20-1028(MCA)

Dear Mr. Frazer

   Find correction to an exhibited I have attached to my victim impact statement sent to me from Drug Safely and Pharmacovigilance of Purdue Pharma, dated February 10, 2021, which replaced the letter I have attached to my victim impact statement dated November 13, 2020 and address to James J. Bateman III, these letters came from Purdue Pharma L.P., One Stamford Forum, Stamford, CT 06901-3431.

   **Make this correction to reflect the error sent to me dated 13 November 2020, local reference number(s) PFT-000478317_00635244, I don't go by the name James J. Bateman III**-all information and mailing from Purdue Pharma, LP, the Courts and all concern parties-attorneys-shall address me as Ronald Bass, Sr.

Ronald Bass, Sr.

cc: Hon. Madeline Cox Aeleo, U.S.D.J.
   Hon. Sean H. Lane, U.S.B.J.  (Case No. 19-23649-SHL)
   Hon. Nelson S, Roman, U.S.D.J. (Case No. 25-cv-10282-NSR)
   Law Firm of Davis Polk & Wardwell LLP
   Law Firm of Milbank LLP
   Law Firm of Joseph Hage Aaronson LLC

Received
APR 2 1 2026
US Attorney's Office - NJ

Department of Health and Human Services and Food and Drug Administration through *Dr. Curtis Wright the Key Official* share liabilities in my claims with the State of New Jersey

/

**Attachments-**BARNABAS RETAIL PHARMACY
UNITED DRUGS PHARMACY
PRIME CLERK, Now known as Kroll Restructuring Administration
Claim No. 112904 and 112924, my Daughter and Son's claim
Letter from the State of New Jersey Department of Children
Letter from Purdue Pharma, L.P. dated 11/13/2020 and 02/10/2021
Email from Purdue Pharma, L.P. "Purdue-Resolution of Appeal Proposal,
March 22, 2022
**UMDNJ UNIVERSITY HOSPITA Upper G.I. Injury**



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2021 APR 21  P 12: 47

**Purdue Pharma L.P.**

One Stamford Forum
Stamford, CT 06901-3431
www.purduepharma.com

February 10, 2021

Sr. Ronald Bass
450 Little Place, Apt.53
North Plainfield, NJ 07060

Dear Sr. Ronald Bass,

You recently received a letter from Purdue's Drug Safety and Pharmacovigilance (DSP) team in connection with information in a claim you submitted in the Chapter 11 bankruptcy action pending in the Southern District of New York for Purdue Pharma LP and its affiliates (hereafter, "the Debtors"). We are sending this letter to clarify the reason you were contacted by the Debtors directly.

U.S. Food and Drug Administration (FDA) regulations require the Debtors to review and, where appropriate, submit to FDA adverse drug experience information received from, in this case, individuals like you. Because your claim information alleged an adverse drug experience, the Debtors sent you the prior letter requesting the information to meet FDA's regulatory expectations with respect to follow up. These FDA-related requirements apply to the Debtors as a drug manufacturer, and do not impose any obligations on you to respond.

**PLEASE BE AWARE THAT THE LETTER YOU RECEIVED IS <u>NOT</u> PART OF THE BANKRUPTCY PROCEEDING AND WAS SENT SEPARATE AND APART FROM THE CHAPTER 11 CASES. THE BANKRUPTCY PROCESS DOES NOT REQUIRE OR OBLIGATE YOU TO RESPOND TO THE LETTER OR TO PROVIDE ADDITIONAL INFORMATION.**

**SHOULD YOU ELECT TO PROVIDE ADDITIONAL INFORMATION – OR IF YOU HAVE DONE SO ALREADY -- SUCH INFORMATION SHALL BE USED STRICTLY FOR FDA SAFETY REPORTING PURPOSES. PROVIDING (OR NOT PROVIDING) INFORMATION IN RESPONSE TO THE REQUEST SHALL HAVE NO EFFECT WHATSOEVER ON THE CHAPTER 11 CASES, NOR SHALL IT PREJUDICE YOUR ABILITY TO SUPPLEMENT YOUR CLAIMS AT SOME FUTURE DATE IF OTHERWISE ALLOWED, OR CALLED FOR, IN THE BANKRUPTCY PROCESS.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS LETTER, PLEASE CONTACT ARIK PREIS (apreis@akingump.com), AT AKIN GUMP STRAUSS HAUER AND FELD, LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE CHAPTER 11 CASES, WHICH ACTS AS A FIDUCIARY TO ALL UNSECURED CREDITORS.**

Thank you for your time. We regret any confusion caused by our prior letter. Given the unique nature of the bankruptcy proceedings, the Debtors are engaged in discussions with FDA at this time about whether they can discontinue sending follow-up letters like the one you received.

Sincerely,
Drug Safety and Pharmacovigilance
Purdue Pharma L.P.

Cc: Arik Preis, Akin Gump Strauss Hauer & Feld, LLP, counsel to the Official Committee of Unsecured Creditors

*Dedicated to Physician and Patient*



**Purdue Pharma L.P.**

One Stamford Forum
Stamford, CT 06901-3431
www.purduepharma.com

13 NOV 2020

Ronald Bass Sr.
450 Little Pl apt 53, N
North Plainfield, NJ  07060

RE: Local Reference Number(s):  PFT-000478317_00635244

Dear James J Bateman III,

Purdue Pharma has received information regarding an adverse experience associated with the use of one of our products. We are interested in obtaining detailed information about the event(s) experienced.

Patient identifier (Initials/ Age/ Gender):  **xx/xx/ xx**
Product(s): **not specified; please provide**
Reported Adverse Event(s):  **not specified; please provide**

Please complete the enclosed follow-up form and return it in the self-addressed stamped envelope which has been provided for your convenience.

Should you have additional questions, please contact the Drug Safety and Pharmacovigilance Department at (888) 726-7535, prompt #2.

Thank you for assisting us in gathering valuable quality and safety information about our products.

Sincerely,
Drug Safety and Pharmacovigilance Purdue Pharma

Enclosures:
Consumer Follow Up Form
SASE

SRF 44720
PackID: 114
MMLID: 10350022

Bass, Fajr Muhammad
6 Andrew St
GreenBrook NJ 08812

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 7/24/2020.

Your claim has been assigned claim number  112904 .

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain highly confidential and shall not be made available to the public.  If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma.  Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

SRF 44720
PackID: 184
MMLID: 10433120

B., Jr,, N. R.
Ronald Bass, Sr.
450 Little Place, Apt 53#
N. Plainfield NJ 07060

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 7/24/2020.

Your claim has been assigned claim number 112924 .

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain highly confidential and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**



## State of New Jersey
### DEPARTMENT OF CHILDREN AND FAMILIES

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

ALLISON BLAKE, PH.D., L.S.W.
*Commissioner*

March 11, 2011

Ronald Bass
PO Box 1062
Plainfield, NJ 07061

**RE: Paternity Test**
**Nosaj Bass**

Dear Mr. Bass:

**A paternity test has been scheduled with LabCorp located at 201 Union Avenue, Bridgewater, NJ 08807.  The telephone number is 908-429-8636.**

**The appointment is scheduled for Thursday, March 24, 2011 at 1:00pm.**

**Please be advised that you need to bring two (2) forms of identification; one must be picture identification.  Acceptable forms of ID are driver's license, social security card, ID card (with picture) or birth certificate.**

As you are aware, Ms. Kamika Irby has identified you as the biological father of the above named minor. If you are confirmed to be the father you have the possibility to plan for the minor. If you are found not to be the father you will be dismissed from this case.

We thank you in advance for your cooperation. If you have any questions feel free to contact the Caseworker, Lashonda Drake at 973-648-2646 or Supervisor, Adrienn Caldwell at 973-648-2366.

Sincerely,

Lashonda Drake, Caseworker
Family Service Specialist II

Adrienn Caldwell
Supervising Family Service Specialist II

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*